```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x    POST-INDICTMENT RESTRAINING
UNITED STATES OF AMERICA       :    ORDER

                               :    14 CR. 550 (PKC)
        v.
                               :
JOHN RE,
                 Defendant     :
- - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-14

Upon the application of PREET BHARARA, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Section 981; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461, and the Declaration of Assistant United States Attorney Andrew C. Adams, executed on December 1, 2014, and all papers submitted in support thereof,

**IT IS HEREBY ORDERED** that JOHN RE, the defendant, and all attorneys, agents, and employees, and anyone acting on his behalf, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order

**IT IS FURTHER ORDERED** that JOHN RE, the defendant, and all attorneys, agents, and employees, and anyone acting on his behalf, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign,

1

pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the defendant, which property or other interests are subject to forfeiture.  The property and other interests hereby restrained is the vessel known and described as the "Deep Quest," Unites States Coast Guard Identification Number 1186886, Hull Number USZ00080E606, which is alleged to constitute proceeds constituting or derived directly or indirectly from wire fraud activity, in violation of 18 U.S.C. § 1343.

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein;

Any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorney to clarify the scope of the Order:  Assistant United States Attorney Andrew C. Adams, Telephone Number (212) 637-2340.  Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon oral approval made by Assistant United States Attorney Adams.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, his attorneys, agents, and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court; and

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made on the defendant's attorneys by regular mail.

Dated:   New York, New York
         December 1, 2014

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE