| | | |
|---|---|---|
| ATTACHMENT | : | ✉ **Schulte Provenance** |
| | | ├ 📄 DEKOO~16.jpg |
| | | ├ 📄 DEKOO~20.jpg |
| | | ├ 📄 George shop.jpg |
| | | ├ 📄 George provance02.jpg |
| | | ├ 📄 George.1.jpg |
| | | ├ 📄 IMG_0211.jpg |
| | | └ 📄 mm1.jpg |
| FROM | : | Jovon L.V <jovon77@hotmail.com> |
| TO | : | ▮▮▮▮▮▮▮ |
| SUBJECT | : | Schulte Provenance |
| FOLDER | : | \Jovon77_0.pst\4\966ae980-144f-490f-9a46-b90b681a870b |
| DATE | = | 07/06/2011 |
| TIME | : | 15:55:01 -0400 |
| GMT_DATE | = | 07/06/2011 |
| GMT_TIME | : | 19:55:01 GMT |
| TEXT01 | : | |

Schulte Provenance .

This letter is for reasons of establishing the history leading directly to the artist's for works of art by artist's Jackson Pollock & Willem de Kooning which were stored in the basement of George Schulte of Springs, East Hampton, NY.
This somewhat archival collection was found by Barbara Schulte and I in the beginning of 2000.

————

                The Schulte Collection
                East Hampton, NY


In the late 1980s & 1990s I was a very skilled wood worker working in East Hampton, NY and other parts of Long Island, NY.
 In 1999 I had the opportunity of working in " Springs Close Antique Restoration Shop". It was located on Springs Close Highway in Springs, East Hampton, NY. The owner since 1945 was George Schulte.  George Schulte died in 1996 , and I started working in the shop he founded in 1940s in 1999.
    David ▮▮▮▮▮▮ was a 20 year friend to George Schulte. He helped George run the shop for 17 years before George Schulte died.
David was running the shop when I worked there.
When I stared working at the wood shop,  David ▮▮▮▮▮▮ made me aware of George Schulte's widow , Barbara Schulte. She lived about

500 feet from the shop in a very nice house. David also over time told me that George was friend to both Jackson Pollock and Willem de Kooning.
As far as Barbara was concerned, David made it clear that I would meet her and if she liked me she would most likely use me to fix every thing in the house which her late husband George never was able to complete due to his illness.
George died of liver sclerosis because George was a serious alcoholic for most his life.
I finally meet Barbara Schulte around 4 months into working at her husbands antique shop which she still owned at that time.
Babara was around 78 years old when I met her. I was told That Barbara had the beginning stages of dementia. Although she seemed very sharp to me most all of the time. She did forget little things and had a tendency to talk about when she was younger and how George was horrible when he was dying.

Barbara needed/requested me through David for a few projects. One being the basement.
     The basement was literally filled with boxes containing things/items George had packed away over many years.
Barbara wanted my help in cleaning out the whole basement.
I was working for Barbara exclusively for 3 months before she trusted me enough to see the contents of the basement.
 Trust was a very important virture to Barbara which she made very clear in the start of our relationship that anyone that works for her must posess it. She had good standards.

    Barbara called cleaning out the basement "Doing the Dead Thing" Because it all belonged to George who at that time was dead for 4 + years.

     Cleaning out the basement for me was very exciting. I was a true collector of period antiques and George had acquired quite a collection.
He not only had rare small pieces of furniture , he also collected silver, bird call's , old Thomas Edison tube players with the horns, carvings which I later had dated to the 1600s, piano's, Animal furs, and over 100 turkey calls, lots of books, many wood working tools and many other very impressive antiques. There were just to many special little items to mention.

After about 2 months of hauling out about half of the contents of the basement , which Barbara wanted me to throw away, but I kept most of it for the fact that what she considered garbage was very valuable antiques.
She didn't seem to care about these rare items or their possible value. I didn't ask why either. I thought it best to just do what she wanted.

Barbara was even advised by an elderly man who was a friend of her & her late husband, not to be hasty in getting rid of anything George deemed fit to save. This advise went unheeded by Barbara who insisted in saying most of the contents of the basement was junk. Sometimes Babara would have me tape up a box to take to the East Hampton Town Dump. I would look through some of the boxes. A few times Barbara told me not to look in any of the boxes, and that I was to just throw them away. I did not tell Barbara, but I was not going to throw away rare antiques regardless of her feeling towards her late husband.

She was also very upset when we found a large box filled with book's about living in Nudist Colonies. (Porn of the 1950s) To me it was for a moment a bit comical, but not to her. It clearly upset her. I didn't keep them for obvious reasons.
I am repulsed by nudie books and so was she.

Anyway, 2+ Months into cleaning the basement (Which George always had a Dehumidifier running in) we came across old sheets of paneling from the 1950s or 60s. The kind of thin sheets of faux wood finish on one side you would see in an old NY bar or something. There was about 26 full sheets with wax paper wrapped boards in-between the full sheets pushed up against the wall. George had put 2 crates down on the basement floor so that the panel's never touched the floor, and then he put them straight so that they were not leaning, but instead just standing in a space. they were supported on both sides.
Barbara told me about the light flooding that happened in the basement during heavy rain or storms hence the crates and dehumidifier.
At first sight it was just neatly placed sheets of paneling against the wall. There were obvious spaces between the Panels,
I removed the first sheet of paneling. There was an obvious array of colors on what ever was wrapped up. Under Barbara's eye, I slowly

opened the first one. It was a 56 inch wide drip painting. In the lower right comer was the signature. Jackson Pollock, and it was easy to see. At that point Babara asked me to remove all of the art so she can she what was there. It took me hours. I took my time and unveiled 5 de Kooning paintings on canvas, and 14 Jackson Pollock paintings of which 5 were fairly large and the rest were assorted smaller sizes. Some were signed and some were not.
Some were Canvas and other various types of boards. some are canvas mounted to these boards.
There was a box in the base ment which was found to contain 3 artist pads and 24 drawings (Plus fragments) by both artist's.
2 pads were bought by a major Contemporary Art Gallery with galleries in New York / East Hampton, within one month of finding the collection.
The day Barbara Schulte and I found the art, she made it clear that she wanted me to handle the sale of every piece of art in the basement. I agreed to do so under the condition she sign certain documents allowing me do to so, and also having her kindly confirm where and/or/ how her husband George obtained these works of art. She agreed.
   A major Contemporary art gallery owner insisted on meeting Barbara. The owner said that she would not buy any of the larger pieces unless she met directly with the widow of the estate, Barbara Schulte.
I set up a meeting which was not easy. Barbara was the kind of woman that would make you sit on her porch for an hour if you were early.
The meeting did happen and went very well.
Barbara explained how George cut the Masonite for Jackson Pollock back in the 1940s.
Although Barbara did not know what year he did that, the story was confirmed to my surprise by Helen Harrison. Curator of the POLLOCK KRANSER HOUSE, East Hampton, NY.
Helen showed me some of the pieces of Masonite that was primed by Pollock but never painted on.
When Jackson Pollock came out to Springs in the 1940s, George Schulte was just about the _only_ guy in town with a wood shop. The sheets in Pollocks barn were 8ft x 10ft. much bigger then today's slandered size. George had the machines to cut these large sheets into smaller pieces.
This is how Barbara told it except for the sizes. I found that out.

During the meeting with Barbara Schulte she shared some history about her husband and de Kooning.
She did not seem to pleased about what she was telling us, but she told us just the same. Her husband George and de Kooning drank together. This is one thing Barbara knew. She was aware that George had art from both artist's, but she was not aware of how many pieces or the impact it would have on the art world.

I was told by an art expert that all of this was good but expertise was needed, so the gallery I sold de Koonings and 1 Pollock to , was able to get a few of their de Koonings authenticated by Allan Stone who at the time was the de Kooning world expert.

Alex Rosenberg (Rosenberg Fine Arts) authenticated a de Kooning for Mrs. Hambalin.
I had played with some of the pieces for a few years. At one point Alex Rosenberg drove at to my house in East Hampton with Maryann Banks.
He stared at the _only_ Pollock I decided to put out for him, and after a while I asked him what he thought. There was no doubt. It was a Jackson Pollock. Alex is now 98 years old and still will do an appraisal. He worked along DALI for 20 years. He knew everyone who was anyone in the art.

At 98 he is the most important living art expert alive.

At that time Ugene Thaws (Pollock expert) was being sued by two parties for not giving an opinion on their Jackson Pollocks.
He had seen an image of one Pollock from the Schulte Collection and felt good about it. He was however unable to do anything with the court cases going on. I waited. He retired. There was no where else to go, so I sold some of the pieces.

An important aspect: I can not put all of my experience in this letter. I had some of these pieces for 10 years.

When I was trying to sell or lets say market some of the collection for Barbara, there were groups of people who sort her out to get the story on George. Some big shot wanted to make it into a movie.
This enraged Barbara who privicy was as important as life itself, or it appeared that way. She stopped signing any documents and told me to remove the collection from her house and handle it from my place.

My father whose health has been lost since, helped me remove the art.
For some reason she would never say, she hated both Jackson Pollock, and Willem de Kooning. She went so far as to call them pigs.

She said I ruined
   When George knew Pollock, he was married to a different woman. Barbara was his 2nd marriage from 1962.

After doing as much due diligence as I was able, I feel very confident that this collection will be recognized.

Please note I have photos records of every thing.

Barbara said that I ruined her private peaceful life. This hurt me. I wanted to do right by her. She has 2 daughters which she would never allow me talk to regarding this collection.
I dont know what happened in that family, but I was told by an older woman and friend/neighbor that Barbara and de Kooning hit it off real well while she was married back in the late 1960s.
This of course I cant prove.
Time proved the art was good.

    Rick. Call me and I will explain the photos.
Two Allan Stone stamped, and the other we believe was a Monroe study.
 I look forward to your call. let me know if I <u>left</u> anything out.
          Thank you Rick.
                    John...