April 14, 2015


Your Honor:

As painful as it is to write this letter and to rehash the events of my life over the last four years, Your Honor, I am writing this to emphasize just how much damage has been done as a result of my business interactions with John Re.   Since I received the IFAR report on February 13, 2002, my life has gone dramatically downhill.

When I met John Re, he had a collection of artwork for sale. Like any other business transaction, I checked his story and vetted the art as best I could, even calling on experts to render me their opinions. After a great deal of checks and balances, consistent stories and notarized documents (all lies of course), I placed my faith in John; it was a business decision that several millions of dollars later has proven to be the worst decision I've ever made in my life. It has depleted me of my retirement – over 32 years of hard work in the same industry. Caused my home and my two investment properties to go into foreclosure, and forced me at the age of 65 to have to start all over in earning, saving, and building on a new career in hopes I might one day entertain retirement again (perhaps when I am 85).

I'd like the court to be aware of what I must do to survive right now and keep my homes from again going into foreclosure, living one month at a time: I sell anything I can to keep me afloat; I spend 8 to 9 hour days cold-calling by phone to build another business; I rent rooms out from my own house to strangers in order to pay my utility bills.

Not only have my involvements with John Re resulted in his robbing me of my life savings and my retirement, he has threatened me, harassed me, and defiantly assured me that neither I nor anyone else will ever find the money he has hidden. In one of his angry tirades, John indicated that he buried his art proceeds where "no one will ever find them," and that nothing he owned was his name so "go ahead and sue me….call the FBI." Those were his exact words, Your Honor. I am confident that my money and the money of all John Re's other victims, at least a good portion of it, remains hidden somewhere, and if he continues to cry poverty and refuse to compensate his victims, it is only because he is still as greedy, self-centered, and as narcissistic as he ever was – the only one that matters in his world is him – not his victims, not even you Your Honor – just John Re.

Aside from our past interactions and the unfortunate paths John and I crossed, there are two roads that we will *never* cross together. The first path is the good that has come of this Your Honor, and the fact that I will become a better man from all of it. John Re will not. The next: I remain free, and every moment that

brought me closer to this day, I became freer still. Today, as I stand before you Your Honor, I am more free than I have been in four years, previously shackled to the lies of John Re. He is not free, and Your Honor, I urge you to exercise your judicial power and sentence him to as much time as the law allows you to, because I am certain that as soon as he sees freedom again, he will only take down more victims through his cunning and lies.  He is indeed a master of his trade.