

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/15
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*

May 6, 2015

**BY FAX**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Application granted.*
*SO ORDERED*
*[signature]*
*USDJ*
*5-6-15*

Re: **United States v. John Re**, 14 Cr. 550 (PKC)

Dear Judge Castel:

The Government writes regarding the Government's sentencing submission filed by ECF yesterday evening, May 5, 2015. The Government's submission makes reference to a medical diagnosis concerning the defendant, which is discussed in detail in the defendant's sentencing letter (served by email on the Government and not currently publicly filed in any form). Following the Government's submission, defense counsel requested that a redacted version of the sentencing submission be filed to replace the publicly filed, unredacted version, so as to remove reference to the defendant's medical diagnosis. Pursuant to that request and my discussions with the ECF Docketing Clerks Office, and consistent with this Court's Electronic Case Filing Rules & Instructions, Rule 21.4 (recommending caution when filing documents reflecting, among other things, medical diagnoses), the Government now requests that the Court order that the Government's sentencing submission (Dkt. # 24) be replaced with a redacted version of the same submission to be provided by the Government to the ECF Docketing Clerks Office for that purpose.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: [signature]

Andrew C. Adams
Assistant United States Attorney
Southern District of New York
(212) 637-2340

Cc: Annalisa Miron, Esq. (by email)
Christopher Flood, Esq. (by email)

**MEMO ENDORSED**