# EXHIBIT F

Dear your Honor Judge Castel

My name is Alexia Rē, I am
eighteen years old. I am wrighting this
letter for my father considering my
relationship with him, and I realize
his leagal situation. I know that
Dad did wrong however I watch him
cry all the time because he is sorry.
This is hurting everyone.

I work with young children in the
East Hampton School District. I have
two jobs, I have gone through all of the
steps of finger printing so I am able to
work with all of the children, I currently
work wit kindergarden through Fith grade.

Dad was and still is a big influence in
my life. ███████████████████████████
███████████████████████████████████ He taught
me I can do anything If I try I was
mainstreamed and because of his and my
mothers belief I overcame so many
things and I am proud to make my
parents proud. All my life my father has

done so many acts of kindness.
He's jumped into burning cars, fed the
hungry - Coats and warm clothes for
anyone who needed it. So many children
who's parents didn't care stayed with us.
my parents worked together to make sure
they were fed- clothed and back in school.
with the help of the Juvinile Officer, all
were reunited with there parents and
abuse stopped.

Mom needs Dad.

Please your Honor. be lenient with Dad
I am afraid for mom. we are poor. and
Dad has always provided. I know he will
always continue in good deeds. He will
continue to become the search and rescue
diver.

I just want him home. I dont want to
lose mom. I have been brought up in a
loving home. I have watched my parents work
as a team. Now mom is alone. Dad cries alot
He is sorry. I know he is afraid

for grandma and mom, for they have
been together 35 years, So again I ask
the court to have mercy and bring him
home soon

Yours truly

Alexia kathryn Re

PS. wrighting this letter is
extremely hard for me because
there are so many happy memorys
of our famliy together, and even of just
him and I. that my emotions are so
overwhelming that I cant even
describe it on paper. So I ask you
a final time, let him make this
better, he wants to make this better,
and let him come home soon.
Thank you.