# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2015

UNITED STATES OF AMERICA

- v -

John Darin Re, Defendant.

Docket Number __14 Cr. 550 (PKC)__

Honorable P. Kevin Castel
(District Court Judge)

Notice is hereby given that __the defendant, John Darin Re__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [ ]: _____
(specify)

entered in this action on __05/11/15__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:  conviction only [ ];  sentence only [✓];  conviction and sentence [ ].

Date: May 14, 2015

TO:
Andrew C. Adams, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

John Re, Reg. No. 71176-054, MDC

ADD ADDITIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

## ➤ QUESTIONNAIRE

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
 [ ] Daily copy is available
 [ ] U S Attorney has placed order
 [ ] Other - Attach explanation

## ➤ TRANSCRIPT ORDER

Prepare transcript of
[✓] Pre-trial proceedings 12/01/14
[ ] Trial
[✓] Sentence 05/11/15
[ ] Post-trial proceedings

➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature _Christopher A. Flood, Attorney_    DATE  May 14, 2015

## ➤ COURT REPORTER ACKNOWLEDGMENT
To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL