## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Loretta Preska<br>Chief U.S. District Judge | OFFENSE: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine base 21 USC 846, 21 USC 841(b)(1)(A), a Class A Felony; Distribution and Possessin with Intent to Distribute Crack Cocaine 21 USC 812, 841(a)(1), 841(b)(1)(A) and 18 USC 2, a Class A Felony. |
| | | ORIGINAL SENTENCE: One-hundred and twenty (120) months of imprisonment, followed by sixty (60) months of supervised release. |
| FROM: | Amber Wilton<br>U.S. Probation Officer | SPEC. CONDITIONS: 1) Defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. 2) Defendant is to be supervised by the district of residence. 3) Defendant shall report in person to the probation office within 72 hours of relase from custody. 4) Fine waived or below the guideline range because of inability to pay. 6) Defendant will pay a special assessment in the amount of $200. |
| | | AUSA: Jason Halperin<br>Def. Counsel: Raymond Colon<br>MED: October 31, 2017 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-15

RE:    Edi Contreras
       Docket # 7:04CR550-02 (SCR)

DATE OF SENTENCE:  March 27, 2006

DATE:   July 27, 2015

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS
               VIOLATION  PETITION

Eli Contreras                                              Docket Number: 7:04CR550-02(SCR)
                                                                                    P43352/AW

REQUEST FOR:     WARRANT____   SUMMON ____   COURT DIRECTION __X__

## TRANSFER OF JURISDICTION

We are forwarding this matter to Your Honor's attention as the sentencing Judge, the Honorable Stephen C. Robinson, is no longer presiding.

Reference is made to the above named offender who was sentenced by the Judge Robinson as indicated above. In addition, the Court ordered a $200 special assessment fee. On November 1, 2012, Mr. Contreras was released from custody and began his term of supervision in the Eastern District of New York. On December 18, 2013, Mr. Contreras transferred to the Western District of North Carolina. Mr. Contreras is currently being supervised by U.S. Probation Officer (USPO) Chris Barber in the Western District of North Carolina based on his current residency with his wife and newborn daughter in Monroe, NC, and planned relocation to Union County, NC.

On June 9, 2015, our office received correspondence from USPO Barber requesting that we initiate a Transfer of Jurisdiction based on the offender's current residence in Monroe, NC and planned residence in Union County, NC.

RECOMMENDATION

Inasmuch as the offender resides within the confines of North Carolina and has no plans to return to the Southern District of New York, we respectfully recommend that jurisdiction of the offender's case be transferred to the Western District of North Carolina. This will ensure that all matters of the Court will be handled in an expeditious manner.

Should Your Honor grant our request, we ask that four (4) copies of the Probation 22 be signed and returned to our office in order to initiate the transfer process.

Eli Contreras

Docket Number: 7:04CR550-02(SCR)
P43352/AW

We stand ready to execute the orders of the Court and have attached a response page in order to facilitate Your Honor's reply.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
Amber Wilton
U.S. Probation Officer
212-805-5199

Approved by: _____
Enid Febus
Supervisory U.S. Probation Officer

Date: 7/27/15

Edi Contreras                                    Docket Number: 7:04CR550-02 (SCR)
                                                               P43352/AW



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]  Transfer of Jurisdiction to the Western District of North Carolina **APPROVED**

[ ]  Transfer of Jurisdiction to the Western District of North Carolina **DENIED**

[ ]  Other

_____
_____
_____

*Loretta A. Preska*
Signature of Judicial Officer

7/30/15
Date