UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES,

                                                                                 14-cr-550 (PKC)

       -against-                                                 <u>ORDER</u>

JOHN RE,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        John Re moves for early termination of his three-year term of supervised release. His crime of wire fraud caused serious financial injury to his victims. As the Court said at sentencing:

> John Re is a facile liar. I say liar because lying has been a way of life for over a nine-year period. I say facile because he planned his deception well and was reasonably successful in carrying it out. He entered a plea of guilty to planning and engaging in a nine-year scheme to defraud persons into believing that they were purchasing original works of 16 Jackson Pollock and Willem de Kooning with a provenance that made them real, when in truth the provenance was a lie. He sold 74 paintings under false pretenses, and the total amount of restitution owed by Mr. Re is $2,225,807.

Sentencing Tr. at 29.

        His motion to this Court does not address the extent of his efforts to meet his restitution obligations.  It also does not address the present state of his mental health. At the time of sentencing he had been diagnosed with dissociative identity disorder, although he declined to sign a HIPAA release that would have enabled Probation to have

Mailed to Mr. Re 4/15/2021

a more complete picture of his mental health.  The Court did impose a mental health treatment condition as part of his supervised release.

Mr. Re has not shown that his conduct since release and the interests of justice support an early termination.

Motion (Doc 58) is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 15, 2021